Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Michelle Amos

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE AMOS,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNIVERSAL ACCEPTANCE<br>CORPORATION, et al.,<br><br>                    Defendants. | Case No.: 5:17-cv-04093-BLF<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT UNIVERSAL ACCEPTANCE CORPORATION |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Michelle Amos and defendant Universal Acceptance Corporation, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Universal Acceptance Corporation from this action upon finalization.

All deadlines are stayed as to Universal Acceptance Corporation as of the date of this Notice.  If for any reason a final settlement cannot be reached between Universal Acceptance Corporation and Plaintiff, all deadlines shall be renewed with their original durations beginning with the date both sides agree that settlement is no longer feasible on the current terms.

//

NOTICE OF SETTLEMENT WITH DEFENDANT UNIVERSAL ACCEPTANCE CORPORATION -1-

**Sagaria Law, P.C.**

Dated:   November 27, 2017         By:      /s/ *Elliot Gale*
                                            Elliot Gale
                                            Attorneys for Plaintiff

**Ballard Spahr, LLP**

Dated:   November 27, 2017         By:      /s/ *Nicholas M. Gross*
                                            Nicholas M. Gross
                                            Attorneys for Defendant
                                            Universal Acceptance Corporation

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Nicholas M. Gross has concurred in this filing.

*/s/ Elliot Gale*