Scott J. Sagaria (Bar #217981)
Elliot W. Gale (Bar # 263326)
Joe B. Angelo (Bar # 268542)
Sagaria Law, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
Phone: 408-279-2288
Fax: 408-279-2299

Counsel of Plaintiff
Michelle Amos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE AMOS,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; UNIVERSAL ACCEPTANCE CORPORATION; VERIZON WIRELESS SERVICES; CREDIT ONE BANK, N.A.; AND DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 5:17-cv-04093-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO VERIZON WIRELESS SERVICES, LLC, AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS;** [PROPOSED] **ORDER**<br><br>Honorable Beth Labson Freeman |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Michelle Amos ("Plaintiff") and Defendants Verizon Wireless Services, LLC, and Cellco Partnership d/b/a Verizon Wireless, by and through their undersigned counsel, hereby stipulate that the above-captioned proceeding is hereby dismissed with prejudice. Each party shall be responsible for its own attorneys' fees and costs.

Stipulated to, this 20th day of December, 2017.

**Sagaria Law, P.C.**

/s/      *Elliot Gale*
Elliot W. Gale
*Counsel to Michelle Amos*

                                            **Yu Mohandesi LLP**

                                            /s/ *Brett B. Goodman*
                                            Brett B. Goodman
                                            *Counsel for Verizon Wireless Services, LLC and Cellco Partnership d/b/a Verizon Wireless*

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Brett B. Goodman has concurred in this filing.  */s/ Elliot Gale*

### [PROPOSED] ORDER

    Pursuant to the stipulation of the Parties, Defendants Verizon Wireless Services, LLC and Cellco Partnership d/b/a Verizon Wireless is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: December 21, 2017

                                            BETH L. FREEMAN
                                            UNITED STATES DISTRICT JUDGE