1  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
2  Tamar Gabriel Ellyin (SBN 266860)
   gabrielt@cmtlaw.com
3  CARLSON & MESSER LLP
   5901 West Century Blvd., Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  *Attorneys for Defendant,*
   CREDIT ONE BANK, N.A.
7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

11 MICHELLE AMOS,                              ) CASE NO. 5:17-cv-04093-BLF
                                               )
12        Plaintiff,                           ) **NOTICE OF SETTLEMENT**
       vs.                                     )
13                                             )
   Experian Information Solutions, Inc.; Equifax,)
14 Inc.; Universal Acceptance Corporation;     )
   Verizon Wireless Services; Credit One Bank, )
15 N.A., and DOES 1 through 100 inclusive      )
                                               )
16        Defendants.                          )
                                               )
17

18 **TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

19

20     PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff,

21 MICHELLE AMOS and Defendant CREDIT ONE BANK, N.A. ("Credit One").  The parties

22 anticipate that they will complete the settlement, and file a stipulation of dismissal with

23 prejudice, within 45 days from the date of this notice.

24     In light of the settlement, the parties respectfully request that the Court take off calendar all

25 future hearing dates in this case with respect to Credit One Bank, N.A.

26 / / /

27 / / /

28 / / /

1
2  DATED: January 10, 2018                    CARLSON & MESSER LLP
3                                             By: /s/Tamar Gabriel Ellyin
                                                  David J. Kaminski
4                                                 Tamar Gabriel Ellyin
                                                  *Attorneys for Defendant,*
5                                                 CREDIT ONE BANK, N.A.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

I, Tamar Gabriel Ellyin, hereby certify that on this 10th day of January, 2018, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: jangelo@sagarialaw.com
egale@sagarialaw.com
sjohnson@sagarialaw.com
sjsagaria@sagarialaw.com
blee@jonesday.com
grossn@ballardspahr.com

/s/Tamar Gabriel Ellyin
Tamar Gabriel Ellyin
CARLSON & MESSER LLP

{00081776;1}                                                                         CERTIFICATE OF SERVICE