1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 100
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Michelle Amos
7

8

9
                        UNITED STATES DISTRICT COURT
10
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
11

12
   MICHELLE AMOS,                            Federal Case No.: 5:17-cv-04093-BLF
13
              Plaintiff,
14                                           **STIPULATED REQUEST FOR
         vs.                                 DISMISSAL OF DEFENDANT
15                                           EXPERIAN INFORMATION
   EXPERIAN INFORMATION SOLUTIONS,           SOLUTIONS, INC.; [PROPOSED] ORDER**
16 INC.; et. al.,

17            Defendants.

18

19 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20      IT IS HEREBY STIPULATED by and between plaintiff Michelle Amos and defendant

21 Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from

22 this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that

23 each party shall bear its own attorneys' fees and costs.

24 //

25 //

26 //

27 //

28
                                           1
   ──────────────────────────────────────────────────────────────────────
   STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
                               [PROPOSED] ORDER

DATED:  September 26, 2018          Sagaria Law, P.C.

By:     _/s/ Elliot W. Gale_____
                   Elliot W. Gale
Attorneys for Plaintiff
Michelle Amos

DATED:  September 26, 2017          Jones Day

By:     _/s/ Donna Woo_____
                   Donna Woo
Attorneys for Defendant
Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Donna Woo has concurred in this filing.

_/s/ Elliot Gale_

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: ___U&¢ à^¦ÁFÉÁG€FÌ___

_Beth Fallen Freeman_____
BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER